Minnie Dickey, Appellant, v. Masonic Foundation Corporation of Binghamton, Respondent.—

All concur.

In the Matter of the Claim of Mary Moran, Respondent, against Moran Transportation Lines et al., Appellants. State Industrial Board, Respondent.—

All concur.

In the Matter of the Estate of Amy J. Evans, Deceased. Janet W. Hill, Appellant; Durward R. Evans, as Executor, Respondent.—

Crapser, Bliss, Heffernan and Schenck, JJ., concur; Hill, P. J., taking no part.